**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

UNITED STATES OF AMERICA,

v.

JAIRO FERNANDO CARONA LOPEZ,

Defendant.

CASE NO.: 4:20-cr-129-2

## **O R D E R**

The Court **DENIES** Defendant's recent motions wherein he seeks reconsideration of the Court's denial of his Motion to Reduce Sentence.  (Docs. 277, 279.)  Defendant has provided no good cause for the Court to reconsider its prior thorough Order, (doc. 233).  To the extent Defendant seeks to bring new requests for as sentence reduction, the Court denies those requests. He has not established extraordinary and compelling reasons to revisit his sentence, and, as explained in the prior Order, his sentence remains appropriate in consideration of the factors set forth at 18 U.S.C. § 3553(a).

**SO ORDERED**, this 22nd day of July, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA